NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1174, -1193

SENSORMATIC ELECTRONICS CORPORATION,

Plaintiff-Appellee,

v.

PHILIP VON KAHLE (Assignee for the benefit of the creditors of
The Tag Company US, LLC),

Defendant-Appellant,

and

PHENIX LABEL COMPANY,

Defendant-Appellant,

and

DENNIS GADONNEIX,

Defendant.

Appeals from the United States District Court for the Southern District of Florida
in case no. 06-CV-81105, Judge Daniel T.K. Hurley.

ON MOTION

O R D E R

Upon consideration of the unopposed motion of Phenix Label Company for an
extension of time, until July 20, 2009, for all appellants to file their briefs,

IT IS ORDERED THAT:

The motion is granted.  Appellants' briefs are due July 20, 2009.

FOR THE COURT

_____
'JUN 1 6 2009
Date

*vanhorbaly* pt
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 6 2009

JAN HORBALY
CLERK

cc:     Mark L. Levine, Esq.
        Robert R. Waters, Esq.
        Robert F. Reynolds, Esq.
m2